752

## Claude W. CHANDLER v. STATE.
### No. 31715.

Supreme Court of Mississippi, Division A.
June 10, 1935.

Lee T. Woodruff, of Batesville, for appellant.

E. R. Holmes, Jr., and W. D. Conn, Jr., Asst. Attys. Gen., for the State.

COOK, Justice.

It having been made to appear, by proper motion, that the appellant herein has died since the submission of this cause, it is ordered that this appeal be dismissed.

Appeal dismissed.